United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES NALLAN, et al.,<br><br>        Defendants. | Case No. 19-CV-05786-LHK<br><br>**ORDER DISBURSING FUNDS FROM THE COURT'S REGISTRY TO THE SIBLING DEFENDANTS**<br><br>Re: Dkt. No. 55 |

On May 17, 2021, the remaining parties in this interpleader case—Sahil Nallan and Nitin Nallan ("Sibling Defendants")—reported that they settled with James Nallan's conservator. ECF No. 51 at 4–5. Given this settlement, the Sibling Defendants asked the Court to disburse the life insurance proceeds held in the Court's Registry. *See* ECF No. 33 (Court's receipt of funds). Yet the Sibling Defendants asked to submit *in camera* their Settlement Agreement with the conservator. ECF No. 51 at 5. That *in camera* submission would have been inconsistent with the Court's practice. ECF No. 53 at 1. Thus, the Court ordered the Sibling Defendants to file the Settlement Agreement along with an administrative motion to file the Settlement Agreement under seal. *Id.* at 2.

On June 23, 2021, the Sibling Defendants publicly filed the Settlement Agreement with

1

permission from the conservator. *See* ECF No. 54 (permission from conservator); ECF No. 55 at 15–19 (Ex. B, Settlement Agreement). The Sibling Defendants also filed an order from the Superior Court for the County of Santa Clara that approves the Settlement Agreement. ECF No. 55 at 21–22 (Ex. C).

Accordingly, the Court ORDERS that all funds in the Court's Registry that are related to this case be disbursed to the Sibling Defendants, as so provided in the Settlement Agreement. Moreover, the Court VACATES the June 30, 2021 case management conference. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 24, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge