UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NALLAN, et al.,<br><br>Defendants. | Case No. 19-CV-05786-LHK<br><br>**AMENDED ORDER DISBURSING FUNDS FROM THE COURT'S REGISTRY TO THE SIBLING DEFENDANTS**<br><br>Re: Dkt. No. 55 |
|---|---|

This Order supersedes ECF No. 56, which is hereby vacated.

On May 17, 2021, the remaining parties in this interpleader case—Sahil Nallan and Nitin Nallan ("Sibling Defendants")—reported that they settled with James Nallan's conservator. ECF No. 51 at 4–5. Given this settlement, the Sibling Defendants asked the Court to disburse the life insurance proceeds held in the Court's Registry. *See* ECF No. 33 (Court's receipt of funds). Yet the Sibling Defendants asked to submit *in camera* their Settlement Agreement with the conservator. ECF No. 51 at 5. That *in camera* submission would have been inconsistent with the Court's practice. ECF No. 53 at 1. Thus, the Court ordered the Sibling Defendants to file the Settlement Agreement along with an administrative motion to file the Settlement Agreement under

seal. *Id.* at 2.

On June 23, 2021, the Sibling Defendants publicly filed the Settlement Agreement with permission from the conservator. *See* ECF No. 54 (permission from conservator); ECF No. 55 at 15–19 (Ex. B, Settlement Agreement). The Sibling Defendants also filed an order from the Superior Court for the County of Santa Clara that approves the Settlement Agreement. ECF No. 55 at 21–22 (Ex. C).

Thus, on June 24, 2021, the Court "ORDER[ED] that all funds in the Court's Registry that are related to this case be disbursed to the Sibling Defendants, as so provided in the Settlement Agreement." ECF No. 56 at 2. However, on June 25, 2021, the Clerk's Office's Finance Unit emailed the Court's Courtroom Deputy to state: "We need an amended order to state 'all funds *plus earned interest* in the Court's Registry.[]' We also need it to state clearly how the funds will be disbursed (divided equally? who gets the interest? etc.[])."

Given the Finance Unit's request, the Court issues this Amended Order. The Court ORDERS that all funds plus earned interest in the Court's Registry that are related to this case be disbursed to the Sibling Defendants, as so provided in the Settlement Agreement. The funds plus earned interest shall be divided equally between the two Sibling Defendants.

The June 30, 2021 case management conference is hereby vacated. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
LUCY H. KOH
United States District Judge

Case No. 19-CV-05786-LHK
AMENDED ORDER DISBURSING FUNDS FROM THE COURT'S REGISTRY TO THE SIBLING DEFENDANTS

2